```
LAW OFFICE OF MONICA BERMUDEZ
Monica Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
RHOANDA WEBB
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHOANDA WEBB,<br><br>Defendants. | Case No. 1:17-CR-00064 LJO<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING ON VIOLATION OF SUPERVISED RELEASE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RHOANDA WEBB, by and through her attorney of record, MONICA L. BERMUDEZ hereby requesting that the sentencing on violation of supervised release currently set for Monday, June 19, 2017, be continued to Monday, June 26, 2017 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

I am requesting additional time to review the probation recommendation with Ms. Webb and to continue to look into residential drug treatment facilities for the defendant. I have spoken to AUSA Ross Pearson and he has no objection to continuing this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

1

**IT IS SO STIPULATED.**

DATED: 6/15/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
RHOANDA WEBB

DATED: 6/15/17

*/s/Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

## **ORDER**

The sentencing on violation of supervised release is continued to Monday, June 26, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 15, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE