IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RHOANDA WEBB <br> Defendant. | Case No.: 1:17-cr-00064-001 LJO <br><br> ORDER OF RELEASE |

IT IS HEREBY ORDERED that defendant Rhoanda Webb shall be released to a representative of the Westcare Residential Treatment Program in Fresno, California on Wednesday, July 12, 2017 to be admitted and complete residential program up to 3 months.

After successful completion of the program, she is to be released directly to another drug rehabilitation program of six months duration OR to the Federal Probation Officer of that office's choosing.

Any violations within the program are required to be reported to Federal Probation immediately.

IT IS SO ORDERED.

Dated: __**July 10, 2017**__      _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES CHIEF DISTRICT JUDGE